UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DANIEL AWALD, ) | |
| ) | CAUSE NO: 1:15-CV-0212 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOLY FAMILY CATHOLIC CHURCH, ) | |
| NEW ALBANY, INC. and DIOCESE ) | |
| OF FORT WAYNE-SOUTH BEND, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Daniel Awald ("Awald") and Defendant Diocese of Fort Wayne – South Bend, Inc. ("the Diocese") (collectively, the "Parties"), by their respective counsel, hereby stipulate to the dismissal, with prejudice, of all of Awald's claims against the Diocese in the above-captioned matter. Furthermore, the Parties stipulate that each party shall be responsible for its own costs.

By: *s/* Scott Hall
Scott Hall, Esq. (12060-49)
HALL & GOODEN LLP
810 South Calhoun Street, Suite 100
Fort Wayne, Indiana 46802
Telephone: (260) 422-2035
Facsimile: (260) 424-2541
Email:   shall@hallgooden.com

ATTORNEY FOR DEFENDANT

By: *s/* Heather Falks
Heather Falks (29907-41)
STEWART & STEWART
931 S. Rangeline Rd.
Carmel, Indiana 46032
Telephone: (317) 846-8999
Facsimile: (317) 843-1991
Email:   heatherf@getstewart.com

ATTORNEY FOR PLAINTIFF